UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL JOHNSON,
    Plaintiff,

No. 4:06-cv-137

-v-

HONORABLE PAUL L. MALONEY

CORRECTIONAL MEDICAL SERVICES, ET AL.,
    Defendants.

## JUDGMENT

Having dismissed all claims against the remaining Defendants, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered against Plaintiff and in favor of Defendants Michigan Department of Corrections, Caruso, Howes, Winchester, Pramstaller, Pandya, Lange and Moudgal.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   November 23, 2009                     /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                        Chief United States District Judge